JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   **EDCV 21-1816-TJH (JEM)**                          Date   **April 26, 2023**

Title   **MARK HODGE v. A. CASTANEDA**

---

Present: The Honorable     John E. McDermott, United States Magistrate Judge

S. Lorenzo

| Deputy Clerk | Court Reporter / Recorder |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:     **(IN CHAMBERS) ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL (Dkt. 36)**

On April 24, 2023, the parties filed a Stipulation for Voluntary Dismissal With Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), in which they indicate that they have resolved this case in its entirety and stipulate to its dismissal with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the plaintiff to dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Accordingly, the case is dismissed with prejudice by operation of law and without the need for a court order pursuant to the stipulation.

cc:     Parties

                                                                      :

Initials of  Deputy Clerk              slo